Taylor R. Anderson
_____
GARRETT HEMANN ROBERTSON, P.C.
_____
1011 Commercial St. NE
_____
Salem, OR 97301
_____
(503) 581-1501
_____
(Name of Attorney & Contact Information)


## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON


Criminal Productions, Inc.

|                               Plaintiff,

v.

Doe-50.43.21.197

_____ Defendant. _____

Case No. __3:16__ -CV-__01697-AC__

MOTION FOR REIMBURSEMENT OF
OUT-OF-POCKET EXPENSES

     Pursuant to the Court's Pro Bono Representation Program, I hereby move the Court for reimbursement of the following out-of-pocket expenses incurred to represent
Vanh Saechao _____ (name of litigant).

**EXPENSES BEING CLAIMED** (Receipts attached):

| | |
|---|---|
| Copy Costs: | $_____ |
| Deposition costs or transcripts: | $_____ |
| Travel expenses: | $_____ |
| Telephone charges: | $_____ |
| Court fees: | $_____ |
| Witness fees: | $_____ |
| Interpreter fees: | $_____ |
| Other (list & describe below) | $ 173.80 _____ |
| Total: | $_____ |

     I ☐ have or ☑ have not previously submitted a claim for reimbursement in this case. The amount of claims to date submitted in this case total: $ 0.00 _____ .

I swear or affirm that the expenses listed above were reasonably and necessarily incurred in this case to:

☑ Complete the appointment for the specific purpose of:

The purpose of advising and assisting the named movant/defendant to answer or otherwise respond to plaintiffs complaint

☐ Complete an Appointment for All Purposes and that the expenses listed are not recoverable in the event that the litigant prevails.

Dated this _____5_____ day of _____December_____, 20_16_.

_____

Signature
Pro Bono Counsel for _____Vah Saechao_____

Other Expenses (from Page 1):

| Expense Description | Amount Being Claimed (Receipts attached) |
|---|---|
| Interpreter Costs (Approved by court order on 11/9/2016) | $ 173.80 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

# Language Line Personal Interpreter Usage

 **Charges for November 2016**

| Email | tanderson@ghrlawyers.com |
|---|---|
| Name | Taylor R Anderson |
| Address | 1011 Commercial St. NE |
| City, State | Salem, OREGON |
| Zipcode | 97301 |

All calls made between 11/01/2016 and 11/30/2016.

| Date | Called From | Language | Interpreter | Duration (Min.) | Charge (USD) |
|---|---|---|---|---|---|
| 11/07/2016 11:24 | 503-581-1501 | Laotian | 42704 | 3 | 11.85 |
| 11/08/2016 10:03 | 503-581-1501 | Mien | 42824 | 23 | 90.85 |
| 11/11/2016 09:55 | 503-581-1501 | Mien | 42824 | 18 | 71.1 |

| Total (USD) | 173.8 |
|---|---|

© 2016 LanguageLine Solutions, Inc.        Requirements: Mozilla Firefox 3+, Internet Explorer 7+, Google Chrome or Apple Safari 3+