CROWELL LAW
Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CRIMINAL PRODUCTIONS, INC.** | Case No.: 3:16-cv-01697 |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | FRCP 41(a)(1)(A)(i) |
| **DOE-50.43.21.197,** | |
| Defendant, | |

NOTICE OF DISMISSAL

Plaintiff dismisses this action by notice, WITH PREJUDICE, and without costs and fees. FRCP 41(a)(1)(A)(i).

DATED: December 6, 2016.

*/s/ Carl D. Crowell*
Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
(503) 581-1240
Of attorneys for Plaintiff